# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TYGRIS ASSET FINANCE, INC., Successor to MARCAP CORPORATION, a Delaware corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 09 CV 4768 ) |
| WATERFORD LAKES PEDIATRIC P.A.; and ALLISON HAUGHTON-GREEN, | ) Judge Robert W. Gettleman ) ) |
| Defendants. | ) ) |

## MOTION FOR REINSTATEMENT OF CASE AND FOR ENTRY OF STIPULATED JUDGMENT

Plaintiff, Tygris Asset Finance, Inc., Successor to MarCap Corporation, by and through its attorneys, Gary E. Green and Adam C. Toosley of Clark Hill PLC, as its Motion for Entry of a Stipulated Judgment, states as follows:

1. On or about October 27, 2009, Defendants, Waterford Lakes Pediatric, P.A. and Allison Haughton-Green (collectively the "Defendants") signed a Settlement Agreement, Release and Stipulated Judgment.

2. In accordance with the Settlement Agreement, Tygris dismissed the action against the Defendants without prejudice.

3. Pursuant to the Settlement Agreement, Defendants agreed to make monthly payments starting November 1, 2009 in the amount of $5,587.31.

4. As part of the Settlement Agreement, Defendants agreed that if they failed to make any required payments, Tygris was allowed to have the Court enter a Stipulated Judgment in the amount of $194,637.26 minus any monthly payments made by the Defendants.

5. The only payments received by Tygris were $3,724.87 on October 21, 2009 and $2,000 on December 1, 2009.

6. In accordance with Paragraph 2(f) of the Settlement Agreement and Paragraph 1(c) of the Stipulated Judgment, Tygris is entitled to the entry of the Stipulated Judgment, which is attached hereto as Exhibit "A," due to the failure of the Defendants to make the required payments under the Settlement Agreement.

WHEREFORE, Plaintiff, TYGRIS ASSET FINANCE, INC., SUCCESSOR TO MARCAP CORPORATION, respectfully requests an Order from the Court as follows:

a. Reinstating the case for the sole purpose of entering a stipulated judgment;

b. Entering the Stipulated Judgment attached hereto as Exhibit "A";

c. Entering judgment in favor of Tygris and against both Defendants in the amount of $179,401.19; and

d. For any other relief this Honorable Court deems fair and just.

Respectfully submitted,

**TYGRIS ASSET FINANCE, INC. AS SUCCESSOR TO MARCAP CORPORATION**

By: s/Adam C. Toosley
      Adam C. Toosley

Gary E. Green, Esq.
Adam C. Toosley, Esq.
Attorneys for Plaintiff
Clark Hill PLC
150 N. Michigan Avenue, Suite 2700
Chicago, IL 60601
(312) 985-5900

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TYGRIS ASSET FINANCE, INC., Successor to MARCAP CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WATERFORD LAKES PEDIATRICS P.A.; and ALLISON HAUGHTON-GREEN,<br><br>Defendants. | Case No. 09 C 4768<br><br>Judge Robert W. Gettleman |

## STIPULATED JUDGMENT

This matter is before the Court pursuant to Plaintiff's Entry of Stipulated Judgment. After due consideration, the Court finds that it is just and proper to enter judgment in accordance with the stipulation of the parties. Therefore, it is:

**ORDERED, ADJUDGED AND DECREED** that after agreement between the parties, a final judgment is hereby entered in favor of Tygris Asset Finance, Inc., Successor to MarCap Corporation ("Tygris") and Waterford Lakes Pediatrics P.A. and Allison Haughton-Green (collectively the "Defendants") as follows:

1. The Court has been advised of:

    a. A Settlement Agreement between the Plaintiff and the Defendants dated October 15, 2009 (the "Settlement Agreement");

    b. The provisions of Paragraph 2 of that Settlement Agreement by which the Defendants agree and consent to the entry of a judgment in favor of Tygris in the amount of One Hundred Ninety-Four Thousand, Six Hundred Thirty-Seven Dollars and Twenty-Six Cents ($194,637.26), subtracting any amounts paid by the Defendants to Tygris; and

    c. Tygris' motion, supported by a declaration or an affidavit, that one or more of the events specified in the Settlement Agreement as a breach of said agreement has occurred.

IT IS HEREBY ORDERED THAT:

EXHIBIT A

2. Judgment is entered in favor of Tygris Asset Finance against the Defendants in the amount of One Hundred Ninety-Four Thousand, Six Hundred Thirty-Seven Dollars and Twenty-Six Cents ($194,637.26), subtracting any payments made by Defendants to Tygris after the date of the Settlement Agreement;

3. The Defendants shall be responsible for interest in the amount of 1.5% monthly, until the sum referenced in Paragraph 1(b) is paid in full, plus any legal fees and expenses incurred by Tygris;

3. The terms of this Stipulated Judgment shall inure to the benefit of and be binding upon the parties and their respective past and present officers, directors, shareholders, employees, agents, partners (general and limited), attorneys, representatives, trustees, predecessors, successors, tenants, subtenants, assignors and assignees or any other party in privity with or claiming through the parties, as well as any parent, subsidiary or affiliate corporation of either party.

4. As set forth in the Settlement Agreement, that all claims made between Tygris and the Defendants in the above-captioned proceeding shall be dismissed with prejudice.

SO ORDERED:

Stipulated by:

Judge Gettleman

TYGRIS ASSET FINANCE, INC., Successor to MARCAP CORPORATION

By: _____
Its: _____SVP_____

WATERFORD LAKES PEDIATRICS P.A.,

By: _____
Its: ___President___
ALLISON HAUGHTON-GREEN,

_____

2